No. 93–369. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–372. SAM'S WHOLESALE CLUB ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–373. BOARD OF EDUCATION OF THE BOROUGH OF ENGLEWOOD CLIFFS v. BOARD OF EDUCATION OF THE CITY OF ENGLEWOOD ET AL. Sup. Ct. N. J. Certiorari denied.

No. 93–382. BUTTS v. OHIO; and
No. 93–555. OHIO v. BUTTS. Ct. App. Ohio, Miami County. Certiorari denied.

No. 93–400. NEW YORK CITY TRANSIT AUTHORITY v. McCUMMINGS. Ct. App. N. Y. Certiorari denied.

No. 93–420. GREEN v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, DIVISION OF MOTOR VEHICLES. C. A. 4th Cir. Certiorari denied.

No. 93–421. EICHELBERGER ET AL. v. BALETTE ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 93–424. TRINITY INDUSTRIES, INC. v. SHIPES ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–449. PLATT v. IHLE ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–455. KILLEEN ET AL. v. HALLSTROM. C. A. 9th Cir. Certiorari denied.

No. 93–460. BAUGHMAN, AKA BOUGHMAN v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 93–482. WEICHERT v. RICHARDS, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION. C. A. 2d Cir. Certiorari denied.

No. 93–491. CROSTHWAIT EQUIPMENT CO., INC., ET AL. v. JOHN DEERE CO. C. A. 5th Cir. Certiorari denied.